United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. HEMMINGER, VERONICA WEINSTEIN, and SPOT DEVICES, INC., <br><br> Petitioners, <br><br> v. <br><br> LIGHT GUARD SYSTEMS, INC., <br><br> Respondent. | No. C 11-80239 WHA <br><br> **NOTICE TO CLERK TO CLOSE THE FILE** |

    This is general duty matter in which petitioners sought to quash deposition and document subpoenas. Petitioners, however, have withdrawn their motion to quash (Dkt. No. 12). Nothing remains to be done in this matter. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: October 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE